UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 17 2019

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. **M-19-2523** |
| § | |
| JOHN MICHAEL HERSTON § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 5, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOHN MICHAEL HERSTON**

knowingly made a false statement and representation with respect to information required to be kept in the records of Suppressed Tactical Solutions, Edinburg, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Bushmaster, Model BA50, .50 BMG caliber rifle, in that the defendant falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that he was the actual buyer of the firearm described above, which statement was intended and likely to deceive the federally licensed firearms dealer as to a fact material to the lawfulness of the sale of the firearm, when in truth and fact the defendant knew that said statement and representation were false and that he, John Michael Herston, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(1)(A).

## NOTICE OF FORFEITURE
**18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

## JOHN MICHAEL HERSTON

that upon conviction of a violation of Title 18, United States Code, Section 922(a)(6) and Section 924(a)(1)(A), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

Bushmaster, Model BA50, .50 BMG caliber rifle, bearing serial number BA00597.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY